UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:18-po-00441-EFB |
|---|---|
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS AND ) VACATE STATUS CONFERENCE |
| v. | ) |
| JACOB D. SMITH, | ) DATE: February 11, 2019 ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00441-EFB without prejudice is GRANTED.

It is further ordered that the status conference on February 11, 2019, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: January 29, 2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER TO DISMISS & VACATE STATUS                    U.S. v. JACOB D. SMITH